Larry HOPKINS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 80237.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 24, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 27, 2002.

Application for Transfer Denied
Jan. 28, 2003.

Mary S. Choi, Assistant State Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Sara L. Trower, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

**ORDER**

PER CURIAM.

Defendant, Larry Hopkins, was convicted, after a jury trial, of murder in the first degree and armed criminal action. This court affirmed his convictions. *State v.*

*Hopkins,* 978 S.W.2d 778 (Mo.App. E.D. 1998).

Defendant appeals from the trial court's judgment denying his Rule 29.15 motion for post-conviction relief after a evidentiary hearing. The trial court's findings are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).